■　In the Matter of RUDOLPH J. LE PORE.— Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. [39 A D 2d 261.]

■　THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. SUSAN HALLETT and RICHARD PARISH, Defendants.— Motion for change of venue denied. Memorandum: On this application it does not appear that a fair jury cannot be obtained upon a trial in Chautauqua County; and at this time we deem the motion premature (see *People* v. *DiPiazza*, 24 N Y 2d 342, 346–348; *People* v. *Lynch*, 23 N Y 2d 262, 272). Present — Goldman, P. J., Marsh, Witmer, Cardamone and Simons, JJ. (Order entered Dec. 3, 1973.)

■　THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MARIANO GONZALES, Defendant.— Motion for change of venue granted in accordance with memorandum decision in *People* v. *Hill* (42 A D 2d 679).

■　In the Matter of PAUL ROOD, Petitioner, v. VIRGINIA GIRARD, Respondent.— Motion granted and appeal dismissed, with $10 costs to petitioner. The order was made upon respondent's default and therefore is not appealable (CPLR 5511).